IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| JOE DAVID QUINTANILLA,<br>Institutional ID No. 1479099,<br>SID No. 2454192,<br><br>   Plaintiff,<br><br>V.<br><br>NOLAN COUNTY SHERIFF<br>DEPARTMENT, *et al.,*<br><br>   Defendant(s). | CIVIL ACTION NO.<br>1:08-CV-117-C<br>ECF |

## **ORDER**

The United States Magistrate Judge entered a Report and Recommendation on December 4, 2008. No objections have been filed.

The Court accepts and adopts the findings, conclusions, and recommendation of the Magistrate Judge.

It is, therefore, ORDERED:

(1) Plaintiff's claims against Defendants Nolan County Sheriff and Officer Eli are dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b), for failure to comply with the local rules and the orders of the court, and for severing contact with the court.

(2) Any pending motions are denied.

Plaintiff is admonished that if he re-files his civil rights complaint, he must either pay the full filing fee of $350.00 or file an application to proceed *in forma pauperis* and a certificate of his inmate trust account.

Dated December 22, 2008.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT